# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/22/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR03-00480DAE

CASE NAME:         USA v. Angela Dumais aka Angela Flodstrom

ATTYS FOR PLA:     Tracy Hino

ATTYS FOR DEFT:    Donna Gray

INTERPRETER:

---

JUDGE:   Kevin S.C. Chang        REPORTER:   FTR C5

DATE:    12/22/2005              TIME:       11:16-11:27:53am

---

COURT ACTION: EP: Further Order to Show Cause Why Pretrial Release Should Not Be Revoked - defendant present, in custody.

Defendant admits to the violations.

The court finds that defendant has admitted to the violations and revokes defendant's post-sentence release.

Defendant is remanded to the custody of the USMS pending Mittimus commencing on or about 1/25/06

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Angela Dumais3,sa.wpd