# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.   **SHORT CASE TITLE:**    U.S.A. vs. Angela Dumais

    **U.S. COURT OF APPEALS DOCKET NUMBER:** 05-10824

    **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

    **U.S. DISTRICT COURT DOCKET NUMBER:**    CR 03-00480DAE

II   **DATE NOTICE OF APPEAL FILED:**    12/06/05

**RECEIVED**
CLERK U.S. DISTRICT COURT
JAN 0 3 2006
DISTRICT OF HAWAII

III   **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA

    **DOCKET FEE PAID ON:**      **AMOUNT:**

    **NOT PAID YET:**      **BILLED:**

    **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

    **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

    **IF YES, SHOW DATE:**

    **WAS F.P. STATUS REVOKED:**      **DATE:**

    **WAS F.P. STATUS LIMITED IN SOME FASHION?**

    **IF YES, EXPLAIN:**

IV   **COMPANION CASES, IF ANY:**

V.   **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)