Angela Dumais - Detainee
95049-022
c/o The Federal Detention Center, Custodian
351 Elliott Street, P.O. Box 30080
Honolulu, Oahu, Hawaii 96820

Appearing Specially

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 3 2006

at __ o'clock and __min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII    CR 03-00480 DAE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. _CV06 00038 DAEKSC_ |
| | ) | (To be supplied by Clerk) |
| vs. | ) | |
| | ) | MOTION TO VACATE SENTENCE IN |
| Angela Dumais | ) | WANT OF JURISDICTION PER |
| | ) | MODEL FORM FOR MOTIONS UNDER |
| Movant. | ) | 28 U.S.C. §2255 |
| | ) | |

### MOTION

1. Name and location of court which entered the judgment of conviction under attack - the above-entitled court located at 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.
2. Date of judgment of conviction - November 17, 2005
3. Length of sentence - 57 (fifty-seven) months
4. Nature of offense involved (all counts) - one (1) count stemming from My holding the alleged status of a "domestic financial institution".
5. What was your plea? - I entered a "guilty" plea because Mr. Richard Gronna, Defense Attorney, intimidated that I would be looking at 26 years if I pled "not guilty."
6. Kind of trial - None
7. Did you testify at the trial? N/A
8. Did you appeal from the judgment of conviction? Yes
9. If you did appeal, answer the following:
   (a) Name of court - Ninth Circuit Court of Appeals ("9th")
   (b) Result - Notice of appeal filed on 12/6/05 - pending;
10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court? No
11. If your answer to 10 was "yes", give the following information:
(a) (1) Name of court - N/A
(b) As to any second petition, application or motion give the same information:
   (1) Name of court - N/A
(c) As to any third petition, application or motion give the same information:
   (1) Name of court - N/A
(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
   (1) First petition, etc. - N/A etc.
(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: N/A
12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the fact supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION:  If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you have other than those listed.  However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds.  If you select one or more of these ground for relief, you must allege facts.  The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a)    Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b)    Conviction obtained by use of coerced confession.

(c)    Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d)    Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e)    Conviction obtained by a violation of the peivilege against self-incrimination.

(f)    Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)    Conviction obtained by a violation of the protection against double jeopardy.

(h)    Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i)    Denial of effective assistance of counsel.

(j)    Denial of right of appeal.

A.    Ground one: The U.S. is in want of any material or substantial evidence that could prove proper subject matter/in personam jurisdiction.
Supporting FACTS (tell your story briefly without citing cases or law - hereinafter "Supporting FACTS):  I am not a citizen, guarantor or surety for any person, corporation, fiction, accommodation, or franchise enjoined to the U.S., or any State; I hold no commission, nor fill any office under those Governments, as I did not violate any Act of Congress that would result in an offence, nor did I violate a commission, nor has government provided its claim in the first instance upon which its relief could be granted, nor is there any substantial evidence of a lower agency decision for court to acquire jurisdiction.

B.    Ground two: U.S. has refused to provide discovery of its claim(s) i.e. the charging document.
Supporting FACTS: U.S. failed to provide discovery, suit cannot be maintained without the original charging document placed into evidence.

C.    Ground three: U.S. failed to provide a warrant of commitment/detainer to support its authority to restrain Me of My lawful liberty.
Supporting FACTS: The Judgment in a Criminal Case filed November 28, 2005 and signed by David Ezra is not the certified copy of the Warrant of Commitment/Detainer.

D.    Ground four: The indictment is an accusation founded on allegations.
Supporting FACTS: Without the charging document, the U.S. has no evidence of record to prove its claim.

E.    Ground five: I was denied effective counsel.
Supporting FACTS: My defense attorney's lack of knowledge, intentional neglect and ignorance of the above stated grounds prove his ineffectiveness.

13.    If any of the grounds listed in 12A through E were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: All grounds were not presented as this knowledge was made clear to Me  after My sentencing, which I deem truthful.

14.     Do you have any petition or appeal now pending in any court as to the judgment under attack? Yes

15.     Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing

(b) At arraignment and plea - Richard D. Gronna, 820 Mililani St. #502, Honolulu, HI 96813

(c) At trial Alexander Silvert, 300 Ala Moana Boulevard, Honolulu, HI. 96850-5269

(d) At sentencing - Richard D. Gronna

(e) On appeal -

(f) In any post-conviction proceeding

(g) On appeal from any adverse ruling in a post-conviction proceeding

16.     Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time? No

17.     Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?  No
(a) If so, give name and location of court which imposed sentence to be served in the future: N/A
(b) And give date and length of sentence to be served in the future: N/A
(c) Have you filed, or do yo contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

        Wherefore, I motion Court to find all relief to which I am entitled in this proceeding.  I declare under penalty of perjury that the foregoing is true and correct to the best of My knowledge and belief.

Executed on this 18th day of January, 2006, at Honolulu, Hawaii.

                        By:   _____
                              Movant