IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV. NO. 06-00038 DAE-KSC |
| | ) | CR. NO. 03-00480 DAE |
| Respondent, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANGELA DUMAIS, | ) | |
| | ) | |
| Petitioner. | ) | |
| _____ | ) | |

ORDER DENYING WITHOUT PREJUDICE PETITIONER'S MOTION TO VACATE SENTENCE PURSUANT TO 28 U.S.C. § 2255

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Petitioner's motion and the supporting and opposing memoranda, the Court DENIES without prejudice Petitioner's Motion to Vacate Sentence in Want of Jurisdiction Per Model Form For Motions Under 28 U.S.C. § 2255.

BACKGROUND

On October 30, 2003, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, Petitioner pled guilty to one count of wire fraud in violation 18 U.S.C. §1343. On November 17, 2005, this Court sentenced Petitioner to 57 months imprisonment. Subsequent to the sentencing, Petitioner filed a timely

notice of appeal on December 6, 2005, which is currently pending before the Ninth Circuit. (C.A. No. 05-10824). Despite the pendency of the appeal, Petitioner filed the instant motion on January 23, 2006, seeking relief pursuant to 28 U.S.C. § 2255.

## DISCUSSION

As a general rule, district courts decline to entertain petitions for relief pursuant to 28 U.S.C. § 2255 while an appeal is pending in the same matter. Feldman v. Henman, 815 F.2d 1318, 1320 (9th Cir. 1987); see also United States v. Davis, 604 F.2d 474, 484 (7th Cir. 1979) (stating that while there is no jurisdictional bar to a district court's hearing a 28 U.S.C. § 2255 motion during the pendency of an appeal, the orderly administration of criminal law precludes considering such a motion absent extraordinary circumstances). The rationale for this rule is prudential in that the disposition of the matter on appeal may render the writ of habeas corpus unnecessary. Id.

In the instant case, Petitioner has an appeal currently pending before the Ninth Circuit. Given this situation, the Court hereby DENIES without prejudice Petitioner's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255. Subsequent to the disposition of the appeal, Petitioner may renew her motion with this Court.

CONCLUSION

For the reasons stated above, the Court DENIES without prejudice Petitioner's Motion to Vacate Sentence in Want of Jurisdiction Per Model Form for Motions Under 28 U.S.C. § 2255.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, February 14, 2006.

_____
David Alan Ezra
United States District Judge

United States of America vs. Angela Dumais, CV. NO. 06-00038 DAE-KSC, CR. NO. 03-00480 DAE; ORDER DENYING WITHOUT PREJUDICE PETITIONER'S MOTION TO VACATE SENTENCE IN WANT OF JURISDICTION PER MODEL FORM FOR MOTIONS UNDER 28 U.S.C. § 2255