IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __05-10824__    U.S. District Court Case No. __CR 03-00480 DAE__

Short Case Title __United States v. Angela Dumais__

Date Notice of Appeal Filed by Clerk of District Court __12/06/05__

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| 10/30/03 | Larraine Sinclair | Pre-Trial Proceedings  Change of Plea |
| 11/17/05 | Debra Chun | Other (please specify) Sentencing |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __1/10/06__    Estimated date for completion of transcript __2/10/06__

Print Name of Attorney __Alexander Silvert, First Asst. Federal Defender__    Phone Number __(808) 541-2521__

Signature of Attorney _____

Address __300 Ala Moana Blvd., Suite 7104, Honolulu, HI 96850__

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
    (signature of court reporter)
(X) Arrangements for payment were made on __1-10-2006__
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__30__ Approximate Number of Pages in Transcript--Due Date __2/10/2006__

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __2/9/2006__ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Sue Beitia __02/13/06__    BY: _____
(U.S. District Court Clerk)    (date)        DEPUTY CLERK