# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: July 5, 2006

To: United States Court of Appeals        Attn: ( )   Civil
    For the Ninth Circuit
    Office of the Clerk                         (✓)   Criminal
    95 Seventh Street
    San Francisco, California 94103             ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 03-00480DAE           Appeal No:   05-10824
Short Title:  U.S.A. vs. Dumais

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #14, #34, #35, #36

Acknowledgment: _____ Date: _____

cc: counsel


