UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 2 - 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>ANGELA DUMAIS, a/k/a Angela Flodstrom, dba Truth in Gold,<br><br>　　　　Defendant - Appellant. | No. 05-10824<br><br>D.C. No. CR-03-00480-DAE<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Proceedings in this case shall be held in abeyance pending this court's *en banc* decisions in *United States v. Carty*, No. 05-10200, and *United States v. Zavala*, No. 05-30120, or further order of the court.

　　　　　　　　　　　　　　For the Court

　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　Keith Hilzendeger
　　　　　　　　　　　　　　Staff Attorney/Deputy Clerk
　　　　　　　　　　　　　　9th Cir. R. 27-7
　　　　　　　　　　　　　　General Orders/Appendix A

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 7 2007
DISTRICT OF HAWAII