

**ca9_ecfnoticing@ca9.uscourts.gov**
09/16/2008 05:43 AM

To .uscourts.gov

cc

bcc

Subject 05-10824 USA v. Dumais "Oral Screening Memorandum Filed"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 09/16/2008 at 8:43:10 AM PDT and filed on 09/16/2008

| | |
|---|---|
| **Case Name:** | USA v. Dumais |
| **Case Number:** | 05-10824 |
| **Document(s):** | Document(s) |

**Docket Text:**
FILED MEMORANDUM (A. WALLACE TASHIMA, BARRY G. SILVERMAN and N. RANDY SMITH) AFFIRMED. FILED AND ENTERED JUDGMENT.

The following document(s) are associated with this transaction:
**Document Description:**Oral Screening Memorandum Filed
**Original Filename:**05-10824.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=09/16/2008] [FileNumber=6646548-0] [65835589465e9d7d2a5e55c82b6b3b34f1fc89d6eb0cd96e2f2bb700beb19a69a5cfbd7cdf8f17caf d67b78a4cbf3a9752160a01096a37c919a8f362c421aa35]]

**Document Description:**Post Judgment Form
**Original Filename:**postjudgment-bill-of-cost.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=09/16/2008] [FileNumber=6646548-1] [6f6ff5fc0d2c0ad61d42a278d7ef7f1e6b5c864b053a31b6b6faaae3bbc0317d7db74f0820bfd9247 8e740788600157f5ae1289d7ca54dc70bd8e28c7ebed31c]]

**Notice will be electronically mailed to:**

Honorable Ezra, David A., U.S. District Judge: carol_hangai@hid.uscourts.gov
Ms. Hino, Tracy A., Assistant U.S. Attorney: Tracy.Hino@usdoj.gov
Silvert, Alexander, Assistant Federal Public Defender: alexander_silvert@fd.org,
hermi_hunt@fd.org, fpdhi@hotmail.com
USDC, Honolulu: hiddkt@hid.uscourts.gov

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6646548
**RELIEF(S) DOCKETED:**
  AFFIRMED
**DOCKET PART(S) ADDED:** 5819021, 5819022